**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-14-00509-CV**
_____

**$238,980.00 U.S. CURRENCY AND 2008 CHEVROLET MALIBU VIN #1G1ZJ157728F201386 (ARMIN MARTINEZ), Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CV1408178**

**ORDER**

Upon receiving the notice of appeal filed by Armin Martinez, we questioned whether a final, appealable order had been signed in the underlying forfeiture case. In response to the Court's inquiry, Martinez filed a motion to abate the appeal for sixty days in order to provide an opportunity to cure the jurisdictional defect. *See* Tex. R. App. P. 27.2. The State did not file an opposition to the motion.

1

It is, therefore, ORDERED that the appeal is abated for sixty days. The appellate timetables for the record and briefing are stayed during the abatement. The appeal will be reinstated without further order of the Court in sixty days, at which time the appeal will be dismissed for lack of jurisdiction unless before that date we receive a supplemental clerk's record containing a final judgment, an order of severance, or other order showing that the order is immediately appealable.

ORDER ENTERED January 8, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.